```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM SPRICH, M.D.,           )
                                )
     Plaintiff,                 )
                                )
v.                              )     No. 14-145-PMF
                                )
THE LINCOLN NATIONAL LIFE       )
INSURANCE COMPANY,              )
                                )
     Defendant.                 )
```

**MOTION FOR SANCTIONS**

Comes now the plaintiff, by and through his attorney, **THOMAS Q. KEEFE, JR., KEEFE & KEEFE, P.C.**, and moves this Court for an Order of sanctions, and as grounds states:

1.  That plaintiff (attempted) for nearly two (2) hours to depose George Rodolakis, who was identified by defendant as the "person most knowledgeable" concerning the decision to deny the claim, the person who was identified as the representative of Disability Insurance Specialists, the representative of Lincoln National, the person who authored and/or had "any input into the claim denial".

2.  That during the course of the interrogation of the witness counsel for defendant repeatedly interrupted, made spurious objections, made speaking objections, made objections which instructed or informed the witness of the answer, and otherwise engaged in deposition misconduct which has been repeatedly condemned by district courts across the nation.

3.   That an illustration of such condemnation appears in the case of <u>The Security Nation Bank of Sioux City, Iowa, as Conservator for J.M.K., a minor, plaintiff v. Abbott Laboratories</u>, 2014 WL 3704277, (marked Exhibit B) and in fact, has even been the topic by the American Bar Association.

4.   That plaintiff's counsel has incurred great expense, waste of time, and is truly frustrated by defendant counsel's conduct and they must be condemned.

5.   That plaintiff attaches a copy of an email from defense counsel marked Exhibit A.

WHEREFORE, plaintiff prays for an Order of Sanctions against defendant and its lawyer Clark Cole, and asks this court to supervise the deposition or give instructions as to how the further depositions are to proceed.

 /s/Thomas Q. Keefe, Jr.
THOMAS Q. KEEFE, JR.
Ill. Reg. No. 03123418
Attorney for Plaintiff

**THOMAS Q. KEEFE, JR., P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221**
**618/236-2194 (Facsimile)**

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM SPRICH, M.D.,           )
                                )
     Plaintiff,                 )
                                )
v.                              )     No. 14-145-PMF
                                )
THE LINCOLN NATIONAL LIFE       )
INSURANCE COMPANY,              )
                                )
     Defendant.                 )
```

**CERTIFICATE OF SERVUCE**

     I hereby certify that on August 20, 2014, I electronically filed MOTION FOR SANCTIONS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Clark H. Cole
Ms. Sara Finan Melly
ARMSTRONG TEASDALE LLP
Attorneys at Law
7700 Forsyth Boulevard
Suite 1800
St. Louis, Missouri  63105-1847
ccole@armstrongteasdale.com
melly@armstrongteasdale.com


                                            Respectfully submitted,


                                            /s/Thomas Q. Keefe, Jr.
                                            THOMAS Q. KEEFE, JR.
                                            Ill. Reg. No. 03123418
                                            Attorney for Plaintiff

**KEEFE & KEEFE, P.C.**
**ATTORNEYS AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221 (Telephone)**
**618/236-2194 (Facsimile)**