

Tom Keefe <isuedocs77@gmail.com>

# SPRICH - George Rodolakis [IWOV-idocs.FID2343310]

1 message

**Sara Melly** <melly@armstrongteasdale.com>   Tue, Aug 19, 2014 at 8:17 AM
To: "isuedocs77@gmail.com" <isuedocs77@gmail.com>
Cc: Clark Cole <CCOLE@armstrongteasdale.com>

Tom:

In addition to the deposition notice for George Rodolakis, you also sent deposition notices for September 3 for the following witnesses:

1. "The person or persons who authored and/or had any input into the claim denial form"

2. "The person who is identified as the 'representative of Disability Insurance Specialists"

3. "The person who is identified as the 'representative of Lincoln National"

I am writing to inform you that George Rodolakis is the witness requested in items 1-3 above. Since you are taking Mr. Rodolakis' deposition this Wednesday, we will not produce him again on September 3.

Sara



Armstrong Teasdale LLP
Sara Finan Melly
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.259.4759 | FAX: 314.552.4880 | MAIN OFFICE: 314.621.5070
melly@armstrongteasdale.com
www.armstrongteasdale.com

Please consider the environment before printing this email.



PLAINTIFF'S EXHIBIT A

************************PRIVATE AND CONFIDENTIAL************************
This transmission and any attached files are privileged, confidential or otherwise the exclusive