IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM SPRICH,       Plaintiff, | ) ) ) ) |
| vs. | )   No.   14-145-SCW ) ) |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY,       Defendant(s), | ) ) ) ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on September 2, 2015 the above-captioned action is **DISMISSED** with prejudice.

**Dated:** December 10, 2015

                                    **Justine Flanagan, Acting Clerk of Court**

                                    **By: s//Angela Vehlewald**
                                                  Deputy Clerk

**Approved:**  *s//Stephen C. Williams*
          STEPHEN C. WILLIAMS
          UNITED STATES MAGISTRATE JUDGE